FILED
November 25, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )    Case No. MAG 08-0425 DAD
           Plaintiff,           )
v.                              )    ORDER FOR RELEASE OF
                                )    PERSON IN CUSTODY
HUBERT LARDIZABAL,              )
                                )
           Defendant.           )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  HUBERT LARDIZABAL , Case No.  MAG 08-0425 DAD , Charge  18 USC § 1708 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_  Release on Personal Recognizance

X   Bail Posted in the Sum of $ 50,000.00  Co-signed by mother

X   Unsecured Appearance Bond

\_\_  Appearance Bond with 10% Deposit

\_\_  Appearance Bond with Surety

\_\_  Corporate Surety Bail Bond

X   (Other)   Pretrial Services Supervision of conditions of release

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 25, 2008  at  2:20 pm.

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge